■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER COLE, Appellant. [700 NYS2d 741] —Appeal by the defen-

dant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered October 29, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that the trial court erred in barring a peremptory challenge as untimely (*see,* CPL 470.05 [2]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, J. P., S. Miller, Altman and Luciano, JJ., concur.